Tyrone ROBINSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37325.

Missouri Court of Appeals,
Western District.

March 4, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1986.

Application to Transfer Denied May 13, 1986.

Joseph H. Locascio, Sp. Public Defender, B. Janeen deVries, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paul Larose, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial after evidentiary hearing of Rule 27.26 motion to vacate conviction.

Judgment affirmed. Rule 84.16(b).